AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE GLAZIERS ARCHITECTURAL METAL
AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE
AND PENSION FUNDS,

      Plaintiffs,

v.

HURON VALLEY GLASS COMPANY L.L.C.,
a foreign limited liability company,

      Defendant.

**07CV6873**
**JUDGE LEFKOW**
**MAG. JUDGE MASON**

TO: (Name and address of Defendant)

    Huron Valley Glass Company L.L.C.
    c/o its Registered Agent, Don Quinn
    5075 Carpenter Road
    Ypsilanti, MI 48197

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DEC - 6 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]

DATE: December 14, 2007

NAME OF SERVER (PRINT): Diana M. Morton

TITLE: Special Deputy 1406

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

5075 Carpenter Rd.
Ypsilanti, MI 48197

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $8.00 | $50.00 | $58.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/14/07
Date

Signature of Server: Diana M. Morton, Special Deputy 1406

Address of Server: Washtenaw County Sheriff's, Civil Division, 2201 Hogback Rd., Ann Arbor, MI 48105

Faith K. Moore

**FAITH K. MOORE**
Notary Public - Michigan
Washtenaw County
My Commission Expires Feb 9, 2013
Acting in the County of

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.