# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Trustees of the Glaziers Architectural Metal and Glass Workers Local Union No. 27 Welfare & Pension Funds
v.
Huron Valley Glass Company, LLC

Case Number: 07 CV 6873

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Huron Valley Glass Company, LLC

| | |
|---|---|
| NAME (Type or print) <br> Edward L. Filer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Edward L. Filer | |
| FIRM <br> Clark Hill, PLC | |
| STREET ADDRESS <br> 150 N. Michigan Avenue, Ste. 2400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6208892 | TELEPHONE NUMBER <br> 312-985-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |