IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 07 C 6873 |
| Plaintiffs, | ) ) | Judge Lefkow |
| v. | ) ) | Magistrate Judge Mason |
| HURON VALLEY GLASS COMPANY, L.L.C., a foreign limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:**  Huron Valley Glass Company L.L.C.
c/o its Registered Agent, Don Quinn
5075 Carpenter Road
Ypsilanti, MI 48197

**PLEASE TAKE NOTICE** that on 4th day of January 2008, the attached Amended Complaint was filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, a copy of which is hereby served upon you.

**TRUSTEES OF THE GLAZIERS,
ARCHITECTURAL METAL AND GLASS
WORKERS LOCAL UNION NO. 27
WELFARE AND PENSION FUNDS**

s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Suite 300
Chicago, IL 60604
(312) 236-0415

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Filing with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 4th day of January 2008, at or before the hour of 5:00 p.m.

Huron Valley Glass Company L.L.C.
c/o its Registered Agent, Don Quinn
5075 Carpenter Road
Ypsilanti, MI 48197

        s/Donald D. Schwartz
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        312-236-0415 (phone)
        312-341-0438 (fax)
        Dated: January 4, 2008