IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> HURON VALLEY GLASS COMPANY, a Michigan limited liability company, <br><br> Defendants. | No.: 07 C 6873 <br><br> Hon. Joan Humphrey Lefkow <br><br> Magistrate Judge Mason |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE PLAINTIFF'S COMPLAINT**

Defendant, Huron Valley Glass Company, LLC, a Michigan limited liability company ("Huron"), hereby moves for an extension of time until February 11, 2008 for Huron to answer or otherwise plead to the Complaint of the Plaintiff, Trustees of the Glaziers Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds (the "Funds"), the Motion being unopposed by the Funds, and in support thereof, Huron states:

1. The Funds filed this ERISA collection action on December 6, 2007. Huron's counsel filed their Appearances in this matter on January 2, 2008.

2. Huron and the Funds are currently engaged in settlement negotiations in the hopes of avoiding the need for protracted litigation.

5550214.2 28059/120606

3.  To that end, Huron requests that the Court enter an order extending the time for Huron to answer or otherwise plead to the Funds' complaint until February 11, 2008. A copy of the Order proposed by Huron is attached hereto as Exhibit A.

4.  This extension of time will not interfere with matters to be reviewed during the Court's initial status hearing on February 19, 2008.

5.  The Funds do not oppose this Motion.

**WHEREFORE**, Defendant, Huron Valley Glass Company, LLC, a Michigan limited liability company, respectfully requests this Court to enter an order granting Huron leave to answer or otherwise plead to the Funds' Complaint on or before February 11, 2008, in addition to any other relief this Court deems just and proper.

Respectfully submitted,

**HURON VALLEY GLASS COMPANY, LLC**, defendant,

By: /s/ Richard H. Chapman
One of Its Attorneys

Richard H. Chapman (ARDC # 6183021)
Clark Hill PLC
150 N. Michigan Ave., 24th Floor
Chicago, IL 60601