# EXHIBIT A

Case 1:07-cv-06873    Document 14-2    Filed 01/30/2008    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, ) ) ) ) ) | |
| Plaintiff, ) ) | No.: 07 C 6873 |
| v. ) ) | Hon. Joan Humphrey Lefkow |
| HURON VALLEY GLASS COMPANY, a Michigan limited liability company, ) ) ) | Magistrate Judge Mason |
| Defendants. ) ) ) | |

## ORDER

This matter having come before this Honorable Court on the Agreed Motion of the Plaintiff and the Defendant, for an Extension of Time to Answer or Otherwise Plead to the Complaint, on behalf of the above-captioned Defendant, Huron Valley Glass, the parties being in agreement and the Court advised,

**IT IS HEREBY ORDERED** that Defendant Huron Valley Glass Company shall have until February 11, 2008 to file its Answer or other pleading in the above-captioned matter.

ENTERED:

_____
Hon. Joan Humphrey Lefkow

Date: _____

Clark Hill, PLC
Richard H. Chapman (ARDC # 6183021)
150 North Michigan Avenue #2400
Chicago, IL 60601
T: 312-985-5900
   *For Defendant Huron Valley Glass Company*

5550216.1 28059/120606