IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> HURON VALLEY GLASS COMPANY, LLC, a Michigan limited liability company, <br><br> Defendants. | No.: 07 C 6873 <br><br> Hon. Joan Humphrey Lefkow <br><br> Magistrate Judge Mason |

### DEFENDANT HURON VALLEY GLASS'S 12(B)(6) MOTION TO DISMISS

NOW COMES the Movant, Huron Valley Glass Company, L.L.C., a Michigan Limited Liability Company ("Defendant"), by and through the undersigned counsel, and as and for its Motion to Dismiss the First Amended Complaint of the Plaintiff, Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds ("Plaintiff"), pursuant to Fed.R.Civ.P. 12(b)(6), Defendant states as follows:

I.   BACKGROUND

Plaintiff filed its Complaint on December 6, 2007. Plaintiff's one count Complaint sounds in breach of Contract, and claims, *inter alia* that Defendants were party to a collective bargaining agreement and that pursuant to certain terms and conditions therein, Defendant had committed a violation of the subcontracting clause, which entitles the Plaintiff to damages. *See,* Complaint, ¶¶ 3, 5-9. The original Complaint filed by Plaintiff appended to it, the first and last page of a contract, which Plaintiff relied on to state its claim against Defendant. On January 2, 2008, after being served with the Complaint, counsel for Defendants filed Appearances in the above-captioned

matter. Thereafter, but prior to the initial appearance before this Court, counsel for Plaintiff filed an Amended Complaint, which omitted any such Exhibit A and attached nothing. Despite its requests for Plaintiff to file an amended pleading which attaches a complete document, Plaintiff has failed to do so voluntarily. This Motion follows.

## II.    STANDARD OF LAW

When deciding a motion to dismiss under Rule 12(b)(6), the court must accept all factual allegations in the complaint as true and draw all reasonable inferences in favor of the Plaintiff. *See, Tr. of the Suburban Teamsters of Northern Illinois Welfare and Pension Fund, et al v. Hope Cartage, Inc.*, 2003 U.S. Dist. Lexis 5253 (N.D. Ill. 2003). A motion to dismiss under this Rule is proper "where it appears beyond all doubt that the plaintiff can prove no set of facts in support of his or her claim on which relief may be granted." *Id.*, citing *Hickey v. O'Bannon*, 287 F.2d 366, 368 (7th Cir. 1992). Additionally, pursuant to Rule 11(b), counsel is under a duty to see to it that pleadings are not presented for improper purpose or to cause delay and that any such factual allegations are warranted by the evidence. Fed.R.Civ.P. 11(b)(1-3)(West 2008).

## III.    SUMMARY OF ARGUMENT

The Plaintiff's Amended Complaint should be dismissed for failure to state a claim against Defendant because the contract upon which Plaintiff relies to state its claim against Defendant is not attached to the Plaintiff's pleading. In general, under notice pleading requirements of the Federal Rules, a plaintiff is not required to allege facts, but may plead conclusions. *See, Business Sys., Eng'g, Inc. v. IBM*, 2005 U.S. Dist. Lexis 14761 (N.D. Ill. 2005). A copy of any written instrument which is attached to the complaint will belie the allegations and will control on a motion to dismiss. *Id.*

**WHEREFORE,** for the reasons set forth above and in the accompanying Memorandum of Law, which is incorporated herein by this reference, the Defendant, Huron Valley Glass Company, L.L.C., a Michigan limited liability company, respectfully requests this Honorable Court to find in

its favor and against the Plaintiff, and to dismiss the Amended Complaint against the Plaintiff, with prejudice, in addition to any other relief this Court deems just and proper.

Respectfully submitted,

**HURON VALLEY GLASS COMPANY, LLC**, defendant,

By: /s/ Richard H. Chapman
One of Its Attorneys

Richard H. Chapman (ARDC # 6183021)
Clark Hill PLC
150 N. Michigan Ave., 24th Floor
Chicago, IL 60601