**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>HURON VALLEY GLASS COMPANY, a )<br>Michigan limited liability company,  )<br><br>Defendants.  ) | Case No. 07 C 6873<br>Honorable Joan Humphrey Lefkow<br><br>Magistrate Judge Mason |

**NOTICE OF MOTION**

TO:    See Attached Service List.

Please take notice that on the 20th day of March, 2008 at 9:30 a.m. we shall appear before the Honorable Joan Humphrey Lefkow in Courtroom 1925, 219 S. Dearborn, Chicago, IL 60604 and present Huron Valley Glass Company's Motion to Dismiss the Amended Complaint.

Respectfully submitted,
Huron Valley Glass Company, LLC, a
Michigan limited liability company

By: /s Richard H. Chapman
         One of Its Attorneys

Richard H. Chapman (rchapman@clarkhill.com)
CLARK HILL PLC
150 N. Michigan Ave., Suite 2400
Chicago, IL 60601-7553
(312) 985-5900
ARDC# 6183021

5564787.1 28059/120606

### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, a copy of the foregoing Notice was mailed by first class United States mail, postage prepaid, to all persons listed below, a copy of which is attached to the original of this Notice that will be filed with the Clerk of the District Court.

/s Richard H. Chapman
Richard H. Chapman, attorney for Huron Valley

Donald D. Schwartz
Arnold & Kadjan
19 W. Jackson Blvd. Suite 300
Chicago, IL 60604

5564787.1 28059/120606