IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) | No. 07 C 6873 |
| Plaintiffs, | ) ) | Judge Lefkow |
| v. | ) ) | Magistrate Judge Mason |
| HURON VALLEY GLASS COMPANY, L.L.C., a foreign limited liability company, W & G, INC., GEORGE STRIPP, Individually and W & G, LLC | ) ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**NOW COMES** the **TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,** by and through their attorneys, **Donald D. Schwartz** and **ARNOLD AND KADJAN,** and for their Motion for Leave to File Second Amended Complaint as follows:

1. Plaintiffs sued HURON VALLEY GLASS COMPANY, L.L.C., as defendant in this case as this company signed a union agreement with Glaziers Local 27 which required defendant to pay fringe benefits to Plaintiffs for bargaining unit employees covered by the union agreement.

2. Plaintiffs seek to amend the complaint. Plaintiff seeks to add Counts II, III and IV to add additional parties, W & G, INC., GEORGE STRIPP, Individually and

W & G, LLC that all may be liable for unpaid benefits of Defendant, HURON VALLEY GLASS COMPANY, L.L.C.

WHEREFORE, Plaintiffs pray that this court enter an order granting them leave to file the attached second amended complaint.

        Respectfully submitted,

**TRUSTEES OF THE GLAZIERS, ARCHIECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS**

By: s/ Donald D. Schwartz
    One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: March 19, 2008