IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 07 C 6873 |
| Plaintiffs, | ) ) | Judge Lefkow |
| v. | ) ) | Magistrate Judge Mason |
| HURON VALLEY GLASS COMPANY, L.L.C., a foreign limited liability company, W & G, INC., GEORGE STRIPP, Individually and W & G, LLC | ) ) ) ) ) | |
| Defendant. | ) | |

## RE-NOTICE OF MOTION

**TO:** Huron Valley Glass Company L.L.C.
c/o its Registered Agent, Don Quinn
5075 Carpenter Road
Ypsilanti, MI 48197

**PLEASE TAKE NOTICE** that on **March 27, 2008**, at **9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Lefkow, Room 1925** in the Courtroom usually occupied by his in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion For Leave To File Second Amended Complaint.

                                                      TRUSTEES OF THE GLAZIERS,
                                                     ARCHIECTURAL METAL AND
                                                     GLASS WORKERS LOCAL UNION
                                                     NO. 27 WELFARE AND
                                                     PENSION FUNDS


                                                     s/ Donald D. Schwartz
                                                     One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Suite 300
Chicago, IL 60604
(312) 236-0415

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion For Leave To File Second Amended Complaint with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 19th day of March 2008, at or before the hour of 5:00 p.m.

Huron Valley Glass Company L.L.C.
c/o its Registered Agent, Don Quinn
5075 Carpenter Road
Ypsilanti, MI 48197

                                        s/Donald D. Schwartz
                                        ARNOLD AND KADJAN
                                        19 W. Jackson Blvd., Suite 300
                                        Chicago, IL 60604
                                        312-236-0415 (phone)
                                        312-341-0438 (fax)
                                        Dated: March 19, 2008