## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6873 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Trustees of the Glaziers, Funds vs. Huron Valley Glass Company | | |

**DOCKET ENTRY TEXT**

Plaintiff has informed the court that plaintiffs' motion for leave to file second amended complaint [21] was e-filed in error. Docket entry #21 is stricken and the Clerk shall remove docket entry #21 from public viewing. Plaintiffs' motion for leave to file second amended complaint was subsequently correctly e-filed as docket entry #23.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|