## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6873 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Trustees of the Glaziers, Funds vs. Huron Valley Glass Company | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for leave to file second amended complaint [23] is granted. Defendant's motion to dismiss [19] withdrawn. Defendant shall answer the complaint by 4/17/2008. Status hearing is set for 4/17/2008 at 9:30 a.m. Status hearing of 5/27/2008 is stricken.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | MD |
|---|---|---|