AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE GLAZIERS ARCHITECTURAL METAL
AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE
AND PENSION FUNDS,

        Plaintiffs,

  v.

HURON VALLEY GLASS COMPANY L.L.C.,
a foreign limited liability company, W & G, INC.,
GEORGE STRIPP, Individually, and W & G, LLC

        Defendant.

CASE NUMBER: 07 C 6873

ASSIGNED JUDGE: LEFKOW

DESIGNATED
MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant)

    GEORGE STRIPP, Individually, c/o Richard Chapman
    Clark Hill PLC
    150 North Michigan Avenue, 24th Floor
    Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                     DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

_____

☐ Other (specify):

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                      Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.