AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE GLAZIERS ARCHITECTURAL METAL
AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE
AND PENSION FUNDS,

        Plaintiffs,

v.

HURON VALLEY GLASS COMPANY L.L.C.,
a foreign limited liability company, W & G, INC.,
GEORGE STRIPP, Individually, and W & G, LLC

        Defendant.

CASE NUMBER: 07 C 6873

ASSIGNED JUDGE: LEFKOW

DESIGNATED
MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant)

    GEORGE STRIPP, Individually, c/o Richard Chapman
    Clark Hill PLC
    150 North Michigan Avenue, 24th Floor
    Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 3, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 4-4-08 |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* Allen J Harris | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 150 N Michigan Ave. Suite 2400. Person Excepted Summon (Richard H. Chapman)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/08
             *Date*           *Signature of Server*

14 W Jackson Chicago IL 60604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.