AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE GLAZIERS ARCHITECTURAL METAL
AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE
AND PENSION FUNDS,

              Plaintiffs,

    v.

HURON VALLEY GLASS COMPANY L.L.C.,
a foreign limited liability company, W & G, INC.,
GEORGE STRIPP, Individually, and W & G, LLC

           Defendant.

CASE NUMBER: 07 C 6873

ASSIGNED JUDGE: LEFKOW

DESIGNATED
MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant)

        W & G, INC., c/o Richard Chapman
        Clark Hill PLC
        150 North Michigan Avenue, 24th Floor
        Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        DONALD D. SCHWARTZ
        ARNOLD AND KADJAN
        19 WEST JACKSON BLVD., SUITE 300
        CHICAGO, IL 60604
        (312) 236-0415

an answer to the complaint which is herewith served upon you, within_____20_____days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

April 3, 2008
_____
Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 4-4-08 |
| NAME OF SERVER *(PRINT)* Allen J Harris | TITLE | Law Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 150 N Michigan Ave. Suite 2400. Person excepted Summons (Richard H. Chapman)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/08
_____        _____
Date                          Signature of Server

19 W Jackson Chicago Il 60604
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.