IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 07 C 6873 |
| Plaintiffs, | ) ) | Judge Lefkow |
| v. | ) ) | Magistrate Judge Mason |
| HURON VALLEY GLASS COMPANY, L.L.C., a foreign limited liability company, W & G, INC., GEORGE STRIPP, Individually and W & G, LLC | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:**   Mr. Richard Chapman
Clark Hill PLC
150 North Michigan Avenue, 24th Floor
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on 7th day of April 2008, the attached Second Amended Complaint was filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, a copy of which is hereby served upon you.

                    **TRUSTEES OF THE GLAZIERS,
ARCHITECTURAL METAL AND GLASS
WORKERS LOCAL UNION NO. 27
WELFARE AND PENSION FUNDS**

                    s/ Donald D. Schwartz
                    One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Suite 300
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

  I hereby certify that I electronically filed this Notice of Filing with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 7th day of April 2008, at or before the hour of 5:00 p.m.

Mr. Richard Chapman
Clark Hill PLC
150 North Michigan Avenue, 24th Floor
Chicago, IL 60601

            s/Donald D. Schwartz
            ARNOLD AND KADJAN
            19 W. Jackson Blvd., Suite 300
            Chicago, IL 60604
            312-236-0415 (phone)
            312-341-0438 (fax)
            Dated: April 7, 2008