**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) | |
| Plaintiff, | ) | Case No. 07 C 6873<br>Honorable Joan Humphrey Lefkow |
| v. | ) | Magistrate Judge Mason |
| HURON VALLEY GLASS COMPANY, a Michigan limited liability company, | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO: Donald D. Schwartz
Arnold & Kadjan
19 W. Jackson Blvd. Suite 300
Chicago, IL 60604.

**PLEASE TAKE NOTICE** that on the 15th day of April, 2008, the attached Defendant Huron Valley Glass Company, L.L.C.'s Answer to Plaintiffs' Second Amended Complaint was filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is hereby served upon you.

HURON VALLEY GLASS COMPANY, LLC, A MICHIGAN LIMITED LIABILITY COMPANY

By: /s Richard H. Chapman
One of Its Attorneys

Richard H. Chapman (rchapman@clarkhill.com)
CLARK HILL PLC
150 N. Michigan Ave., Suite 2400
Chicago, IL 60601-7553
(312) 985-5900
ARDC# 6183021

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed this Notice of Filing on April 15, 2008 and a copy will be sent to the attorney of record at the address listed below by depoisiting a copy of same in the U.S. Mail at 150 North Michigan Avenue, Chicago, Illinois on the 15th day of April, 2008, at or before the hour of 5:00 p.m.

                Donald D. Schwartz
                Arnold & Kadjan
                19 W. Jackson Blvd. Suite 300
                Chicago, IL 60604


                /s Richard H. Chapman
                Richard H. Chapman, attorney for Huron Valley