UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Trustees of The Glaziers, Architectural Metal And Glass
Workers Local Union No. 27 Welfare And Pension
Funds

          Plaintiff,

v.
          Case No.: 1:07−cv−06873
          Honorable Joan H. Lefkow

Huron Valley Glass Company, L.L.C., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 4/17/2008 and continued to 5/29/2008 at 09:30 AM. Defendant is given an additional 20 days to answer or otherwise plead to the complaint. Plaintiff's oral motion to extend discovery cut−off to 9/30/2008 is granted.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.