

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS,  )<br>ARCHITECTURAL METAL AND  )<br>GLASS WORKERS LOCAL UNION NO.  )<br>27 WELFARE AND PENSION FUNDS,  )<br>  )<br>Plaintiffs  )<br>  )<br>v.  )<br>  )<br>HURON VALLEY GLASS COMPANY,  )<br>L.L.C., a foreign limited liability company,  )<br>W & G, INC., GEORGE STRIPP,  )<br>individually, and W & G, LLC.,  )<br>  )<br>Defendants.  )<br>  ) | No. 07 C 6873<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Mason |

FILED
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### UNCONTESTED MOTION FOR EXTENSION OF TIME

NOW COME Defendants, George Stripp, individually ("Stripp"), and W&G, LLC ("W&G"), by their attorneys, and move this Honorable Court for an extension of time for Stripp and W&G, LLC to file their responsive pleadings to Plaintiffs' Second Amended Complaint. In support of this Motion, Defendants state as follows:

1. Pursuant to this Court's minute entry on April 17, 2008 (Dkt. 41), Stripp and W&G were required to file their responsive pleadings to Plaintiff's Second Amended Complaint by May 7, 2008.

2. On May 7, 2008, the undersigned counsel filed an Appearance on behalf of Stripp and W&G. Apparently, there was a problem with the undersigned's ECF login which necessitated that the Appearance be "paper-filed." A copy of the Appearance is attached as Exhibit "A."

3. On the same day, the undersigned counsel spoke with both Plaintiff's counsel and counsel for Defendant Huron Valley Glass Company, L.L.C. about an extension of time until May 21, 2008 for Stripp and W&G to file their responsive pleadings to Plaintiffs' Second Amended Complaint. Neither Plaintiff's nor Huron Valley's counsel have an objection to the extension. Again, due to a problem with the undersigned's ECF login, the Uncontested Motion was "paper-filed." A copy of the Uncontested Motion is attached as Exhibit "B."[1]

4. As the undersigned counsel is still in the process of gathering the requisite information to file responsive pleadings on behalf of Stripp and W&G, they request an additional fourteen (14) days or until May 21, 2008 to file same.

WHEREFORE, Defendants, George Stripp, individually, and W&G, LLC respectfully request an extension of time of fourteen (14) days or until May 21, 2008 to answer or otherwise plead to Plaintiffs' Second Amended Complaint.

Respectfully submitted,

Scott A. Ruksakiati
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
(312) 224-1500

Attorneys for Defendants GEORGE STRIP, individually,
and W&G, LLC

---

[1] To further complicate matters, the Uncontested Motion mistakenly reflected an incorrect case number.

**Exhibit A**

08-0098
pleadings

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 07 C 6873

Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds v. Huron Valley Glass Company, LLC, W&G, Inc., George Stripp, and W&G, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

George Stripp, Individually
W&G, LLC

RECEIVED
MAY 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Scott A Ruksakiati |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Scott A. Ruksakiati |

| FIRM |
| --- |
| Vanek, Vickers & Masini |

| STREET ADDRESS |
| --- |
| 111 S Wacker Dr., Suite 4050 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois, 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6216781 | 312-224-1500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

Exhibit B

Case 1:07-cv-06873    Document 42    Filed 05/12/2008    Page 5 of 7

pleadings

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, ) ) ) ) ) | No. 05 C 6673 |
| Plaintiffs ) ) | |
| v. ) ) | Judge Joan Humphrey Lefkow |
| HURON VALLEY GLASS COMPANY, L.L.C., a foreign limited liability company, W & G, INC., GEORGE STRIPP, individually, and W & G, LLC., ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. ) ) | |

RECEIVED
MAY 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNCONTESTED MOTION FOR EXTENSION OF TIME

NOW COME Defendants, George Stripp, individually ("Stripp"), and W&G, LLC ("W&G"), by their attorneys, and move this Honorable Court for an extension of time for Stripp and W&G, LLC to file their responsive pleadings to Plaintiffs' Second Amended Complaint. In support of this Motion, Defendants state as follows:

1. Pursuant to this Court's minute entry on April 17, 2008 (Dkt. 41), Stripp and W&G were required to file their responsive pleadings to Plaintiff's Second Amended Complaint by May 7, 2008.

2. On May 7, 2008, the undersigned counsel filed an Appearance on behalf of Stripp and W&G.

3. On the same day, the undersigned counsel spoke with both Plaintiff's counsel and counsel for Defendant Huron Valley Glass Company, L.L.C. about an extension of time

until May 21, 2008 for Stripp and W&G to file their responsive pleadings to Plaintiffs' Second Amended Complaint. Neither Plaintiff's nor Huron Valley's counsel have an objection to the extension.

4.      As the undersigned counsel is still in the process of gathering the requisite information to file responsive pleadings on behalf of Stripp and W&G, they request an additional fourteen (14) days or until May 21, 2008 to file same.

WHEREFORE, Defendants, George Stripp, individually, and W&G, LLC respectfully request an extension of time of fourteen (14) days or until May 21, 2008 to answer or otherwise plead to Plaintiffs' Second Amended Complaint.

Respectfully submitted,


s/ Scott A. Ruksakiati

Scott A. Ruksakiati
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
(312) 224-1500

Attorneys for Defendants GEORGE STRIP, individually,
        and W&G, LLC