

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, ) ) ) ) ) | No. 07 C 6873 |
| Plaintiffs ) | |
| v. ) | Judge Joan Humphrey Lefkow |
| HURON VALLEY GLASS COMPANY, L.L.C., a foreign limited liability company, W & G, INC., GEORGE STRIPP, individually, and W & G, LLC., ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. ) ) | FILED MAY 1 2 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |

## NOTICE OF MOTION

To:   Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd.
Chicago, IL 60604

Richard Harry Chapman
Clark Hill PLC
150 North Michigan Ave. - 24th Floor
Chicago, IL 60601

On the 15th day of **May, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan Humphrey Lefkow or any Judge sitting in her stead, in Courtroom 1925, located at The Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and present Defendants GEORGE STRIPP and W&G, LLC's Uncontested Motion for Extension of Time, a copy of which is attached hereto.

Scott A. Ruksakiati
Vanek, Vickers & Masini, P.C.
111 S. Wacker Drive - Suite 4050
Chicago, IL 60606
(312) 224-1500
*Attorneys for Defendants, George Stripp and W&G, LLC*

## Proof of Service

Vicki G. Guth, a non-attorney, after being duly sworn, deposes and says that a copy of this Notice of Motion and the referenced Uncontested Motion for Extension of Time were served on all counsel of record via facsimile on May 12, 2008.

_____
Vicki G. Guth

Subscribed and Sworn to

before me this 12th day

of May, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MAUREEN T GILL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/04/10