

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 07 C 6873

Trustees of the Glaziers, Architectural Metal and Glass Workers
Local Union No. 27 Welfare and Pension Funds
v.
Huron Valley Glass Company, LLC, W&G, Inc., George Stripp
and W&G, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

George Stripp, Individually
and W&G, LLC

| | |
|---|---|
| NAME (Type or print) Scott A. Ruksakiati | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ | |
| FIRM Vanek Vickers & Masini, P.C. | |
| STREET ADDRESS 111 S. Wacker Drive, Suite 4050 | FILED MAY 12 2008 May 12 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6216781 | TELEPHONE NUMBER (312) 224-1500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐