## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Trustees of The Glaziers, Architectural Metal And Glass Workers Local Union No. 27 Welfare And Pension Funds

Plaintiff,

v.

Case No.: 1:07−cv−06873

Honorable Joan H. Lefkow

Huron Valley Glass Company, L.L.C., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

MINUTE entry before the Honorable Joan H. Lefkow:Defendants' motion for extension of time to 5/21/2008 to answer or otherwise plead [42] is granted.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.