IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) | |
| Plaintiffs | ) | No. 07 C 6873 |
| v. | ) ) | |
| HURON VALLEY GLASS COMPANY, L.L.C., a foreign limited liability company, W & G, INC., GEORGE STRIPP, individually, and W & G, LLC, | ) ) ) ) ) ) | Judge Joan Humphrey Lefkow  Magistrate Judge Mason |
| Defendants. | ) ) ) | |

**DEFENDANT GEORGE STRIPP'S RULE 12(b)(6) MOTION TO DISMISS
COUNT III OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

NOW COMES Defendant, GEORGE STRIPP, individually ("Stripp"), by and through his attorneys, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby moves to dismiss Count III of the Second Amended Complaint of Plaintiffs. In support of this Motion, Defendant states as follows:

1.      Plaintiffs, Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds (the "Funds"), have filed this ERISA collection action against Defendants Huron Valley Glass—the party to "Articles of Agreement" with Local Union No. 27 (the "Glaziers Union"), W & G, Inc., a dissolved Michigan corporation, W & G, LLC, an Indiana limited liability Company. The Second Amended Complaint seeks unpaid benefits contribution that the Funds claim Huron Valley is obliged to make and, similarly, claims the W & G entities are also required to make based upon a theory of common ownership and control. The claim against Stripp arises from Stripp's signature on the Articles of Agreement.

2.      This Court should dismiss Count III directed against Stripp because the allegations of the Second Amended Complaint taken in their totality establish that the Glaziers Union entered into an agreement with Huron Valley only, if it entered into an agreement with any party, and negotiated the Articles of Agreement with Huron Valley. It had no particular dealings with Stripp in any capacity, let alone on behalf of W & G, Inc. Moreover, Plaintiffs fail to allege any cognizable legal theory to impose personal liability on Stripp. Accordingly, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, this Court should dismiss Count III against Stripp for the reasons set forth in more detail in Stripp's Memorandum in Support of this Motion.

**WHEREFORE**, Defendant, George Stripp, individually, prays that this Court dismiss Count III of the Second Amended Complaint of the Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds, and for such other and further relief as this Court deems necessary and just.

Respectfully submitted,

GEORGE STRIPP

By: /s/ Scott A. Ruksakiati
One of His Attorneys

Scott A. Ruksakiati
VANEK, VICKERS & MASINI, P.C.
Attorneys for Defendants GEORGE STRIPP, individually, and W & G, LLC
111 S. Wacker Drive, Suite 4050
Chicago, Illinois 60606
(312) 224-1500