# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Trustees of The Glaziers, Architectural Metal And Glass Workers Local Union No. 27 Welfare And Pension Funds

                Plaintiff,

v.

                Case No.: 1:07−cv−06873

                Honorable Joan H. Lefkow

Huron Valley Glass Company, L.L.C., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 5/29/2008 and continued to 7/31/2008 at 09:30 AM. Response to defendant George Stripp's Rule 12(b)(6) motion to dismiss Count III of plaintiffs' second amended complaint [47] is due by 6/12/2008; reply is due by 6/19/2008; ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.