IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No.   07 C 6873 |
| vs. | ) ) | Judge Lefkow |
| HURON VALLEY GLASS COMPANY, L.L.C., a foreign limited liability company, W & G, INC., GEORGE STRIPP, Individually, and W & G, L.L.C., | ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Plaintiffs, by their attorneys, DONALD D. SCHWARTZ and ARNOLD and KADJAN, pursuant to F.R.C.P. 15 respectfully request this Honorable Court to grant the Motion for Leave to File the attached Third Amended Complaint to update the amount believed to be due and owing.

In support thereof, Plaintiffs state:

    1.    The earlier versions of the Complaint in this Action asked for an audit to be performed to ascertain the amount that the Defendants owe to Plaintiffs. That audit has now been completed.

    2.    The amount found to be due and owing on the audit is $153,763.55, plus liquidated damages, interest and attorneys fees and costs, for the period May 7, 2007 through February 8, 2008. *See* Exhibit A, Proposed Third Amended Complaint.

1

3. The Third Amended Complaint does not affect the pending Motion to Dismiss because the only change is the including of an amount certain instead of a demand for an audit to ascertain that amount.

WHEREFORE, Plaintiffs pray for leave to file the Third Amended Complaint to update the amount believed to be due and owing.

Respectfully submitted,

**TRUSTEES OF THE GLAZIERS, et al.,**
Plaintiffs

By: __S/: Donald D. Schwartz_____
One of their Attorneys

DONALD D. SCHWARTZ
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

2