IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) | No. 07 C 6873 |
| Plaintiffs, | ) ) ) | Judge Lefkow |
| v. | ) ) | Magistrate Judge Mason |
| HURON VALLEY GLASS COMPANY, L.L.C., a foreign limited liability company, W & G, INC., GEORGE STRIPP, Individually and W & G, LLC | ) ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**  Mr. Richard Chapman           Scott A. Ruksakiati
Mr. Edward L. Filer           Vanek, Vickers, & Masini, P.C.
Clark Hill PLC           111 S. Wacker Dr., Ste. 4050
150 North Michigan Ave., 24th Floor           Chicago, IL 60606
Chicago, IL 60601

Alisa M. Levin
Law Office of Alisa Levin
19 S. LaSalle Street, Ste. 602
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **August 26, 2008**, at **9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Lefkow, Room 1925** in the Courtroom usually occupied by his in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion For Leave To File Third Amended Complaint.

                              TRUSTEES OF THE GLAZIERS,
                              ARCHIECTURAL METAL AND
                              GLASS WORKERS LOCAL UNION
                              NO. 27 WELFARE AND
                              PENSION FUNDS


                              <u>s/ Donald D. Schwartz</u>
                              One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Suite 300
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion For Leave To Third Amended Complaint with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 31st day of July 2008, at or before the hour of 5:00 p.m.

Mr. Richard Chapman
Mr. Edward L. Filer
Clark Hill PLC
150 North Michigan Ave., 24th Floor
Chicago, IL 60601

Alisa M. Levin
Law Office of Alisa Levin
19 S. LaSalle Street, Ste. 602
Chicago, IL 60603

Scott A. Ruksakiati
Vanek, Vickers, & Masini, P.C.
111 S. Wacker Dr., Ste. 4050
Chicago, IL 60606

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: July 31, 2008