UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HURON VALLEY GLASS COMPANY, a Michigan limited liability company,<br><br>　　　　Defendant. | )<br>)<br>)<br>) Case No. 07 C 6873<br>) Honorable Joan Humphrey Lefkow<br>)<br>)<br>) Magistrate Judge Mason<br>)<br>) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on this 31th day of July, 2008, we caused to be filed with the Court, the Appearance of Jessica M. Scheller on behalf of Defendant, Huron Valley Glass Company, L.L.C.

July 31, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CLARK HILL PLC


　　　　　　　　　　　　　　　　　　By:　s/Jessica M. Scheller
　　　　　　　　　　　　　　　　　　　　Jessica M. Scheller (6283944)
　　　　　　　　　　　　　　　　　　　　150 N. Michigan Avenue, Suite 2400
　　　　　　　　　　　　　　　　　　　　Chicago, IL  60601
　　　　　　　　　　　　　　　　　　　　(312) 985-5900
　　　　　　　　　　　　　　　　　　　　jscheller@clarkhill.com
　　　　　　　　　　　　　　　　　　　　Attorney For HURON VALLEY
　　　　　　　　　　　　　　　　　　　　GLASS COMPANY, L.L.C.

**CERTIFICATE OF SERVICE**

  I, Jessica M. Scheller, an attorney, do hereby certify that I caused a copy of this Notice of Filing on Behalf of Huron Valley Glass Company, L.L.C. to be filed by way of electronic filing with the Northern District of Illinois, Eastern Division, on July 31, 2008.

                    ___ s/ Jessica M. Scheller___

Jessica M. Scheller, Esq. (6283944)
150 N. Michigan Avenue, Suite 2400
Chicago, IL  60601
(312) 985-5900
jscheller@clarkhill.com

**SERVICE LIST**

*Via* **Electronic Filing**

| **Donald D. Schwartz** | **Scott Alan Ruksakiati** |
|---|---|
| Arnold and Kadjan | Vanek, Vickers & Masini, P.C. |
| 19 West Jackson Boulevard | 111 S. Wacker Drive |
| Chicago, IL 60604 | #4050 |
| (312) 236-0415 | Chicago, IL 60606 |
| dds3662@yahoo.com | (312) 224-1500 |
| Attorney for Plaintiff | sruksakiati@vaneklaw.com |
| | Attorney for W & G, LLC |

-2-

5628505v.1