# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6873 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Trustees Glaziers Funds, et al. vs. Huron Valley Glass Company | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file third amended complaint [52] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|